UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yin Ying Jiang,

                              Petitioner,

                -against-

Kenneth Genalo et al.,

                              Respondents.

25-CV-10811 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of petitioner's petition for habeas corpus, which asks the Court for an order that petitioner not be removed from the Southern District of New York. Dkt. 1. That specific relief is GRANTED as follows:

Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York, the Eastern District of New York, or the District of New Jersey absent this Court's prior approval.

The Clerk of Court is respectfully directed to send this order to:

- Jeffrey.Oestericher@usdoj.gov
- Pierre.armand@usdoj.gov
- Christine.poscablo@usdoj.gov

SO ORDERED.

Dated: December 31, 2025
       New York, New York

_____
  ARUN SUBRAMANIAN
  United States District Judge