UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YIN YING JIANG,

       Petitioner,

  v.

KENNETH GENALO, *et al.*,

       Respondents

Case No. 25-CV-10811 (AS)

**[PROPOSED]
STIPULATION AND ORDER
OF DISMISSAL**

WHEREAS, petitioner Yin Ying Jiang, a noncitizen subject to a final removal order, brought this habeas action under 28 U.S.C. § 2241 challenging her detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an order from this Court requiring that she be released; and

WHEREAS, ICE released Ms. Jiang from custody on January 6, 2026, and the parties agree that the action has been rendered moot; therefore

IT IS HEREBY STIPULATED AND AGREED that this action shall be and hereby is dismissed without prejudice and without costs or attorney's fees to either party.

New York, New York

January __6__, 2026

KUZMIN & ASSOCIATES, PC
*Attorney for Petitioner*

Vlad Kuzmin
Digitally signed by Vlad Kuzmin
Date: 2026.01.06 13:29:33 -05'00'

_____
Vlad Kuzmin
225 Broadway, Suite 2108
New York, New York 10007
Tel: (212) 608-1800

New York, New York
January __6__, 2026

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

_____
Samantha Fry
Assistant United States Attorney
26 Federal Plaza, 37th Floor
New York, New York 10278
Tel: (212) 637-2200

SO ORDERED.

_____
HON. ARUN SUBRAMANIAN
United States District Judge
January 7, 2026

All remaining deadlines and hearings are vacated and adjourned. This order shall be publicly docketed under Fed. R. Civ. P. 5.2(c)(2)(B). The Clerk of Court is respectfully directed to close this case.